UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEXANDER JAMES,<br>Plaintiff,<br>v.<br>AMAZON LOGISTICS, INC.,<br>Defendant. | Case No. 22-cv-05318-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 40 |

On September 19, 2022, Plaintiff Anthony Alexander James filed the instant case against Defendant Amazon Logistics, Inc. (Dkt. No. 1.) Thereafter, Defendant moved to compel arbitration. (Dkt. No. 13.) After Plaintiff failed to oppose, the Court granted the motion to compel arbitration, finding that there was a binding arbitration agreement. (Dkt. No. 25 at 2-3.)

On March 21, 2025, Defendant filed a status report, stating that the arbitration was complete. (Dkt. No. 37.) The Court ordered Plaintiff to file a status report explaining why the case should not be closed or a dismissal of the case. (Dkt. No. 38.)

On April 21, 2025, Plaintiff filed a status report, requesting that the case not be dismissed. (Dkt. No. 39 at 2.) Plaintiff also appeared to challenge the outcome of the arbitration proceedings. (*Id.*) On April 24, 2025, the Court issued an order explaining the limited grounds on which a federal court may vacate, modify, or correct an award. (Dkt. No. 40 at 1.) The Court then ordered Plaintiff "to either file any necessary motion(s) to move this case along, or to file a dismissal of the case by **June 5, 2025**." (*Id.* at 2.)

To date, Plaintiff has not filed anything in response to the Court's April 24, 2025 order. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 5, 2025**, why this case should not be dismissed for failure to prosecute by: (1) filing any necessary motion(s) to move this

case along, and (2) explaining why Plaintiff failed to comply with the Court's April 24, 2025 order. In the alternative, Plaintiff may file a dismissal of the case. Failure to comply **will** result in dismissal of the case for failure to prosecute.

IT IS SO ORDERED.

Dated: August 8, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge